**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>ACME ELECTRIC MOTOR, INC. D/B/A ACME TOOLS<br><br>　　　　　　　　Defendant. | Case No.<br><br>4:25-CV-00020<br><br>**JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

　　Kindly enter my appearance as attorney for Plaintiff in the above-captioned matter.

　　RESPECTFULLY SUBMITTED AND DATED this February 7, 2025.

　　　　　　　　　　　　*/s/ Andrew Roman Perrong*
　　　　　　　　　　　　Andrew Roman Perrong, Esq.
　　　　　　　　　　　　E.D. Mo. # 333687PA
　　　　　　　　　　　　Perrong Law LLC
　　　　　　　　　　　　2657 Mount Carmel Avenue
　　　　　　　　　　　　Glenside, Pennsylvania 19038
　　　　　　　　　　　　Phone: 215-225-5529 (CALL-LAW)
　　　　　　　　　　　　Facsimile: 888-329-0305
　　　　　　　　　　　　a@perronglaw.com

## Certificate of Service

　　The foregoing document has been filed electronically, is available for viewing and downloading from the ECF system, and has been served on all parties of record via electronic service through the ECF system on February 7, 2025.

　　　　　　　　　　　　*/s/ Andrew Roman Perrong*
　　　　　　　　　　　　Andrew Roman Perrong, Esq.