UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BOBBY MORRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:25-CV-00020-SPM |
| ACME ELECTRIC MOTOR, INC., | ) ) ) |
| Defendant. | ) ) |

**ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Shirley Padmore Mensah to District Judge Matthew T. Schelp.

February 25, 2025
Date

<u>Nathan M. Graves</u>           /
Clerk of Court

By: <u>/s/ Heather Aubuchon</u>           /
HEATHER AUBUCHON
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:25-CV-00020-MTS**