IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff<br><br>v.<br><br>ACME ELECTRIC MOTOR, INC. D/B/A ACME TOOLS,<br><br>    Defendant. | Case No. 4:25-cv-00020-MTS<br><br>Judge Matthew T. Schelp |

### VERIFIED MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to E.D.Mo. L.R. 12.01(F), I, Anthony J. Ashley, move to be admitted *pro hac vice* to the bar of this court to represent Acme Electric Motor, Inc. d/b/a Acme Tools, in this matter. In support of this motion, I submit the following information as required by Local Rule 12.01(F):

1. Anthony J. Ashley;

2. 222 North LaSalle Street, Chicago, Illinois 60601, (312) 609-7500 (telephone) and (312) 609-5005 (facsimile);

3. Vedder Price P.C.;

4. DePaul University of Law, May 1992;

5. Admissions: State of Illinois, Admitted 1992; U.S. District Court, Northern District of Illinois, Admitted 1992; U.S. District Court, Central District of Illinois, Admitted 1996; U.S. Court of Appeals, Seventh Circuit, Admitted 2000; U.S. Supreme Court, Admitted 2003; U.S. Court of Appeals, Fifth Circuit, Admitted 2007; and U.S. Court of Appeals, Tenth Circuit, Admitted 2007.

6. The movant is a member in good standing of all bars of which movant is a member; movant is not under suspension or disbarment from any bar. Attached as **Exhibit A** is a Certificate of Good Standing; and

7. Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district, and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts and respectfully requests that this motion be granted and that the movant be admitted *pro hac vice* to the bar of this court to appear in this matter.

Respectfully submitted,

By:   /s/ Anthony J. Ashley
      Attorney at Law

Anthony J. Ashley
ARDC No. 6209519
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T: +1 312 609 7500

Dated: March 5, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 5, 2025, a true and correct copy of the foregoing Verified Motion for Admission *Pro Hac Vice* was electronically filed with the Clerk of the Court using the Court's CM/ECF system and thereby served electronically by the CM/ECF system to all counsel of record.

                                                 */s/ Anthony J. Ashley*
                                                 An Attorney for Acme Electric Motor, Inc.