Bobby Morris v. Acme Electric Motor,
Inc. d/b/a Acme Tools
Case No. 25-cv-00020-MTS

# EXHIBIT A

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Anthony Joseph Ashley

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/05/1992 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 27th day of February, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois