IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>ACME ELECTRIC MOTOR, INC. D/B/A ACME TOOLS,<br><br>  Defendant. | Case No. 4:25-cv-00020 MTS<br><br>Judge Matthew T. Schelp |

## **VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to E.D.Mo. L.R. 12.01(F), I, Bryan K. Clark, move to be admitted pro hac vice to the bar of this court to represent Acme Electric Motor, Inc. d/b/a Acme Tools in this matter. In support of this motion, I submit the following information as required by Local Rule 12.01(F):

1. Bryan K. Clark;

2. 222 North LaSalle Street, Chicago, Illinois 60601, (312) 609-7500 (telephone) and (312) 609-5005 (facsimile);

3. Vedder Price P.C.;

4. Washington University School of Law, May 2008;

5. Admissions: State of Illinois, Admitted 2008; U.S. District Court, Northern District of Illinois Trial Bar, Admitted 2008; U.S. Bankruptcy Court, Northern District of Illinois, Admitted 2009; U.S. District Court, Northern District of Florida, Admitted 2013; U.S. Court of Appeals, District of Columbia Circuit, Admitted 2014; U.S. Court of Appeals, Second Circuit, Admitted 2014; U.S. District Court, Central District of Illinois, Admitted 2014; U.S. Court of

Appeals, Seventh Circuit, Admitted 2016; U.S. Court of Appeals, Ninth Circuit, Admitted 2017; U.S. Court of Appeals, Sixth Circuit, Admitted 2017; U.S. Supreme Court, Admitted 2019; U.S. Court of Appeals, Third Circuit, Admitted 2024; and U.S. District Court, District of Colorado, Admitted 2025;

      6.      The movant is a member in good standing of all bars of which movant is a member; movant is not under suspension or disbarment from any bar.  Attached as **Exhibit A** is a Certificate of Good Standing; and

      7.      Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district, and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of this court to appear in this matter.

      Respectfully submitted,

By:    s/ *Bryan K. Clark*
        Attorney at Law

Bryan K. Clark
ARDC No. 6296090
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T:  +1 312 609 7500

Dated:  March 5, 2025

VP/#70186771.1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 5, 2025, a true and correct copy of the foregoing Verified Motion for Admission *Pro Hac Vice* was electronically filed with the Clerk of the Court using the Court's CM/ECF system and thereby served electronically by the CM/ECF system to all counsel of record.

                                                  */s/Bryan K. Clark*
                                                  An Attorney for Acme Electric Motor, Inc.

VP/#70186771.1