# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>ACME ELECTRIC MOTOR, INC. D/B/A ACME TOOLS<br><br>      Defendant. | Case No.   25-cv-20<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED ORDER] DENYING
## <u>DEFENDANT'S MOTION TO STAY CASE AND COMPEL ARBITRATION</u>

  AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendant Acme Electric Motor, Inc.'s Motion to Stay Case and Compel Arbitration (ECF No. 13, 14) is hereby DENIED.

                *BY THE COURT:*

                _____
                Hon. Shirley P. Mensah, J.