IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>ACME ELECTRIC MOTOR, INC. D/B/A ACME TOOLS<br><br><br><br>Defendant. | Case No.<br><br>4:25-CV-00020<br><br>**JURY TRIAL DEMANDED**<br><br> District Judge Matthew T. Schelp |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Bobby Morris and Acme Electric Motor, Inc. doing business as Acme Tools, hereby stipulate to the dismissal of Case No. 25-CV-1042, with prejudice, each party to bear its own costs, expenses and attorneys' fees.

Date: September 2, 2025

| **Perrong Law LLC** | **Acme Electric Motor, Inc.** |
|---|---|
| */s/ Andrew R. Perrong*<br>Andrew R. Perrong<br>PERRONG LAW LLC<br>2657 Mount Carmel Avenue<br>Glenside, PA 19038<br>Telephone: (215) 225-5529<br>Email: a@perronglaw.com | */s/ Anthony J. Ashley*<br>Anthony J. Ashley (*pro hac vice*)<br>Vedder Price P.C.<br>222 North LaSalle Street<br>Chicago, Illinois 60601<br>T:  +1 312 609 7500<br>Email: aashley@vedderprice.com |
| ***ATTORNEY FOR PLAINTIFF*** | ***ATTORNEYS FOR DEFENDANT*** |

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on September 2nd, 2025, I electronically filed the foregoing document using the Court's CM/ECF system, which will effectuate service upon all counsel of record.

                    */s/ Andrew R. Perrong*