**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated, | **Case No.** |
| | 4:25-CV-0020-MTS |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | District Judge Matthew T. Schelp |
| ACME ELECTRIC MOTOR, INC. D/B/A ACME TOOLS | |
| Defendant. | |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Bobby Morris and

Acme Electric Motor, Inc. doing business as Acme Tools, hereby stipulate to the dismissal of Case

No. 25-CV-0020, with prejudice, each party to bear its own costs, expenses and attorneys' fees.


**Perrong Law LLC**

 /s/ Andrew R. Perrong
Andrew R. Perrong
PERRONG LAW LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Telephone: (215) 225-5529
Email: a@perronglaw.com

***ATTORNEY FOR PLAINTIFF***

**Acme Electric Motor, Inc.**

 /s/ Anthony J. Ashley
Anthony J. Ashley (*pro hac vice*)
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T:  +1 312 609 7500
Email: aashley@vedderprice.com

***ATTORNEYS FOR DEFENDANT***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 5, 2025, I electronically filed the foregoing document using the Court's CM/ECF system, which will effectuate service upon all counsel of record.

*/s/ Anthony J. Ashley*